**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Tel.: 973-696-8391
Carlos D. Martinez (Attorney ID 231072018)
*Counsel for Debtor*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| *In re:* <br><br> JAMES M. CARAS, <br><br>                    Debtor. | Case No. 18-24689-RG <br><br> Chapter 13 <br><br> Judge: Hon. Rosemary Gambardella |

### THE DEBTOR'S APPLICATION FOR AN ORDER
### EXTENDING TIME TO FILE MISSING SCHEDULES

TO: THE HONORABLE ROSEMARY GAMBARDELLA:

    James M. Caras, the Debtor in the above captioned matter ("Debtor"), through counsel, Scura, Wigfield, Heyer, Stevens & Cammarota, LLP, respectfully represents:

    1. The Debtor submits this application pursuant to Rule 1007(a)(5) seeking the entry of an Order authorizing an extension of time to file its missing documents, including various Missing Schedules, Statement of Current Monthly Income, and Chapter 13 Plan (collectively, the "Missing Documents").

    2. The Debtor filed an emergent petition on July 24, 2018.

    3. The Debtor requires additional time to complete the Missing Documents for filing with the Court.

4. The Debtor will seek an adjournment of their scheduled 341(a) Meeting of Creditors to allow the Missing Documents to be filed and provide the Trustee and any interested creditors ample time to review them.

5. Consequently, the Debtor requests a fourteen (14) day extension of time to September 4, 2018 to file Missing Documents pursuant to Rule 1007 (a)(5).

**WHEREFORE**, the Debtor respectfully requests the entry of the Order submitted simultaneously herewith.

                                        **SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**
Attorneys for the Debtor

                                        By: /s/ Carlos D. Martinez
                                             Carlos D. Martinez

Dated: August 21, 2018