| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Karen B. Olson, Esq.<br>Knuckles, Komosinski & Manfro, LLP<br>565 Taxter Road, Suite 590<br>Elmsford, NY 10523<br>Phone: (914) 345-3020<br>E-Fax (914) 992-9154<br>kbo@kkmllp.com | |
| In Re:<br><br>James M Caras, | Case No.:    18-24689-RG<br>Chapter:    13<br>Hearing Date:<br>Judge:    Rosemary Gambardella |

## NOTICE OF WITHDRAWAL OF CERTIFICATE OF SERVICE

NJCC Fund #5 Trust, by and through counsel, hereby withdraws Proof of Claim No. 5, filed in error on October 2, 2018. The correct Proof of Claim is Claim No. 6, which was also filed October 2, 2018. The Certificate of Service that was filed under Claim No. 5 was a mistake.

Dated:    Elmsford, New York
         October 9, 2018

                            Law Offices of Knuckles, Komosinski & Manfro, LLP
                            Attorneys for NJCC Fund #5 Trust,

                            By: _____
                                Karen B. Olson, Esq.
                                565 Taxter Road, Suite 590
                                Elmsford, NY 10523 (201) 391-0370
                                kbo@kkmllp.com