UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: 973-696-8391
Carlos D. Martinez
cmartinez@scura.com
Counsel for Debtor

In Re:
James M. Caras

Order Filed on September 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-24689

Chapter:  13

Hearing Date:  9/18/2019

Judge:  RG

# ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is ORDERED.

**DATED: September 23, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

The court having heard the motion filed by _____the Debtor_____, and any objections filed, it is

ORDERED that the motion is GRANTED and the amount of _____$5,702.38_____ will be forwarded to _____James M. Caras_____ at the following address:

 209 South 11th Ave., Front Unit

 Paragould, AR 72450